George Arents HUMPHREYS, Plaintiff-Appellee, v. Almon G. RASQUIN, Collector of Internal Revenue of the United States for the First District of New York, Defendant-Appellant.

No. 205.

Circuit Court of Appeals, Second Circuit.

Jan. 23, 1939.

James W. Morris, Asst. Atty. Gen., Sewall Key and Frederic G. Rita, Sp. Assts. to Atty. Gen., and Michael F. Walsh, U. S. Atty., and Frank J. Parker, Asst. U. S. Atty., both of Brooklyn, N. Y., for appellant.

Carter, Ledyard & Milburn, of New York City (Sidney W. Davidson and Allin H. Pierce, both of New York City, of counsel), for plaintiff-appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decision affirmed on the authority of Hesslein v. Hoey, 2 Cir., 91 F.2d 954.

In the Matter of The J. T. ROBERTSON COMPANY, Inc., Bankrupt.

BENTLEY, SETTLE & CO., Inc., et al., Appellants, v. FIRST TRUST & DEPOSIT CO., Appellee.

No. 217.

Circuit Court of Appeals, Second Circuit.

Feb. 6, 1939.

Costello, Cooney & Fearon and Laurence Sovik, all of Syracuse, N. Y., for creditor-appellants.

Cregg, Brazell & Del Vecchio, of Syracuse, N. Y., for trustee-appellant.

Hiscock, Cowie, Bruce & Lee, and Gerald H. Henley, all of Syracuse, N. Y., for appellees.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order, 26 F.Supp. 870, affirmed.

Lawrence W. KOLB, Medical Officer In Charge, U. S. Public Health Service Hospital, Lexington, Ky., Appellant, v. Joseph PATTERSON, Appellee.

No. 8049.

Circuit Court of Appeals, Sixth Circuit.

Feb. 10, 1939.

John T. Metcalf, U. S. Atty., of Lexington, Ky., for appellant.

No appearance for appellee.

Before HICKS, SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

The judgment is reversed upon the authority of Zerbst, Warden, v. Kidwell, 304 U.S. 359, 58 S.Ct. 872, 82 L.Ed. 1399, 116 A.L.R. 808, and the case is remanded to the District Court for proceedings in conformity with that opinion.